IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELMAS McELHANY, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff | ) | C.A. NO.: 2:15-cv-853 |
| | ) | |
| vs. | ) | The Honorable Mark R. Hornak |
| | ) | U.S. District Judge |
| | ) | |
| GEICO GENERAL INSURANCE CO., | ) | **Electronically Filed** |
| | ) | |
| Defendant | ) | |

## ORDER

AND NOW, this __20th__ day of __October__, 2015, pursuant to the Stipulation for Dismissal with Prejudice filed by the parties, it is hereby ORDERED that the above case is dismissed with prejudice, each party to bear his or its own costs and expenses, including attorneys' fees. This Court will retain jurisdiction solely for the purpose of enforcing the settlement agreement between the parties.

BY THE COURT:

s/ Mark R. Hornak
_____
Hon. Mark R. Hornak
United States District Court Judge